IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEIDI GODSHALL | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-3000 |
| | : | |
| INDEPENDENCE | : | |
| COMMUNICATIONS, INC., et al. | : | |

**FILED**

I.. .10 2011

MICH... L. KU'Z, Clerk
By_____ _____ Dep. Clerk

## ORDER

AND NOW, this 30th day of November, 2011, it is ORDERED Defendants Independence

Communications, Inc. and Independence Security, LLC's Motion to Dismiss or In the Alternative

for Summary Judgment (Document 7) is DENIED without prejudice to reassertion, if appropriate,

following completion of the limited discovery permitted below.

It is further ORDERED Plaintiff shall have forty-five days from the date of this Order to

conduct the following limited discovery to determine whether Defendants employed at least 50

employees within 75 surface miles of Defendants' Philadelphia/Audubon office in December

2010/January 2011:

- Deposition of Steven Seiden; and

- Deposition of Andrew Bickford.

BY THE COURT:

Juan R. Sánchez, J.