IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEIDI GODSHALL | : | CIVIL ACTION |
| v. | : | No. 11-3000 |
| INDEPENDENCE COMMUNICATIONS, INC., et al. | : | |

FILED

NOV 30 2011

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 30th day of November, 2011, it is ORDERED Defendants Independence Communications, Inc. and Independence Security, LLC's Motion to Dismiss or In the Alternative for Summary Judgment (Document 7) is DENIED without prejudice to reassertion, if appropriate, following completion of the limited discovery permitted below.

It is further ORDERED Plaintiff shall have forty-five days from the date of this Order to conduct the following limited discovery to determine whether Defendants employed at least 50 employees within 75 surface miles of Defendants' Philadelphia/Audubon office in December 2010/January 2011:

- Deposition of Steven Seiden; and
- Deposition of Andrew Bickford.

BY THE COURT:

_____
Juan R. Sánchez, J.